210

## IN THE MATTER OF MARY BAINES

### 1810

#### Journal Entries

1. [Entry incomplete and partly obliterated] . . *Journal, infra,* \*p. 324

#### Papers in File

[None]

## JEANBATISTE ST. AMOUR
### v.
## JEANBATISTE JUBAINVILLE

### 1810

#### Journal Entries

1. Special bail . . . . . . . . . . . *Journal, infra,* \*p. 328
2. Discontinuance . . . . . . . . . . . . " 354

#### Papers in File

1. Precipe for capias . . . . . . . . . . . . . .
2. Affidavit for bail . . . . . . . . . . . . . .
3. Capias and order for bail . . . . . . . . . . .
4. Declaration . . . . . . . . . . . . . . . .